■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Clove Lakes Expressway, in the Borough of Richmond County. HERMAN BORGSTEDE et al., as Executors

of DORA BORGSTEDE, Deceased, et al., Appellants.— Motion by appellants for leave to appeal to the Court of Appeals, denied. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.